# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SA CV 18-01721-AB (FFMx) | Date: | January 11, 2019 |

| | |
|---|---|
| Title: | Johnny Galvan et al v. Walt Disney Parks and Resorts U.S. Inc. |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Scott E Schutzman | A. Marisa Chun |

**Proceedings:** 1) PLAINTIFFS' MOTION FOR REMAND [11];
2) DEFENDANT'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DIVISION [14]

    The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.