JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Galvan, Sandy Mumma and Stavros Patsalos,<br><br>     Plaintiffs,<br><br> v.<br><br>Walt Disney Parks and Resorts U.S., Inc.,<br><br>     Defendant. | CASE NO. 8:18-cv-01721-AB-FFM<br><br>[PROPOSED] **JUDGMENT**<br><br><br>Judge: Hon. André Birotte Jr.<br>Courtroom: 7B |

  This action came before the Court on November 22, 2019 for a hearing on Walt Disney Parks and Resorts U.S., Inc.'s ("Defendant") Motion for Summary Judgment ("Motion"). On November 27, 2019, the Court issued an Order granting Defendant's Motion and dismissing all of Plaintiffs' claims. (Dkt. No. 86).[1] The issues in this matter having been fully heard and a written Order having been duly rendered, the Court hereby directs that judgment be entered as follows:

  **IT IS ORDERED AND ADJUDGED** that Plaintiffs Johnny Galvan, Sandy Mumma, and Stavros Patsalos (collectively, "Plaintiffs") shall have and recover nothing on their claims against Defendant.

  **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiffs on the merits.

---

[1] A redacted order was issued on November 27, 2019 (Dkt. No. 87).

1

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant shall recover from Plaintiffs its costs of court.

**IT IS FURTHER ORDERED AND ADJUDGED** that all of Plaintiffs' claims in the above-captioned action are hereby dismissed with prejudice.

Dated: December 19, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTR ICT COURT JUDGE